CIVIL Right 42 USC 1983 Plaintiff Kenneth Brown 126857 Macomb

50 Billion

Federal CIVIL Right Punative

defendants Peggy McKee Mary McKee Sandra McKee Janaee McKee Larry McKee cavin McKee HoopLaa Purple gang Puishing scoop the hole negger EastSide Hoodoo Bramen Hoodoo madulater Made doll casting spells. Spell Killing defendant sister Hairing bone chic gue Voodoo doll Pain ANG HooHoo A Slave master. Spyglass zing go Mack Urnal, ABanesiR muslim Itch Back worm Lfradoe Maffa LVetoe

McKee
1232 Chalfont
Detroit Mi
MT Zion
Negros
EL Moe Boy freand

Sister
1413 Glandstone
Detroit
19th Muny lal
Michigan

Grosse Point
Detroit

FILED - KZ
May 31, 2022 12:27 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems Scanned by EMS 5/31

1:22-cv-485
Sally J. Berens
United States Magistrate Judge

useing black magic
David Leonard family MDOC Priest smitH
Trying to murder
these nesser
through Chrysler trying to murder Me.
Psychology Alexzander
the hole negro against me
In America noRtH
they makeing white caasion
manecon dummy Puppet. Dector Y APPle Layra
Lfradoe light skin useins me Ionza
as a human spell bracker
Huron Indian hole tribe enemy
warfield wont stop steping out
YSP
he in this room. wcLee trying to murder me.

Name
Number
Address
Address

KennetH Brown
126854 MacomB
34625-26 mile Rd
Lenox township
Mi 48048

METROPLEX MI 480
20 MAY 2022 PM 2 L

USA FOREVER

Office of the Clerk
united States District court
107 Federal Building
410 W michigan Ave
Kalamazoo MI 49007

4800483000 R098